UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bridget Turner, | ) | Bankruptcy No. 09-22005 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |
| ------------------------------- | ) | |
| Bridget Turner | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 09-838 |
| | ) | |
| Internal Revenue Service, | ) | |
| U.S. Department of Treasury | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED JUDGMENT AND ORDER**

Upon consideration of the adversary complaint filed by Bridget Turner (the "debtor") against the United States of America, wherein the debtor requests that this court order that certain federal taxes be held to be dischargeable, and upon agreement of counsel for the United States of America and counsel for the debtors; this court having jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157(b)(2)(I), 1334:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

USBC ND IL ED 09 B 22005
Adv. No. 09-838

Pursuant to the provisions of the United States Bankruptcy Code, the outstanding assessed federal income tax for the taxable year 2005 is hereby determined to be dischargeable in bankruptcy.

Bridget Turner
Debtor

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
PATRICK J. FITZGERALD
United States Attorney

_____
Forrest L. Ingram
One of Her Attorneys
Forrest L. Ingram, P.C.
A.R.D.C. # 3129032
79 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 759-2858
FAX Number: (312) 759-0298

By: _____
ROBERT T. LITTLE
Special Assistant
United States Attorney
A.R.D.C. # 6216449
200 West Adams Street
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 386-8300
FAX Number: (312) 386-8712

Date: ___NOV 17 2009___

_____
SUSAN PIERSON SONDERBY
UNITED STATES BANKRUPTCY JUDGE