In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey**
,
Debtors

Case No. **08-33951**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Acct. No.000000794552711 Chase Bank | 735 ILCS 5/12-1001(b) | 1,600.00 | 1,600.00 |
| Acct. No. 484725 Burling Bank | 735 ILCS 5/12-1001(b) | 77.00 | 77.00 |
| Acct. 794553081 Chase Bank | 735 ILCS 5/12-1001(b) | 140.00 | 140.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Commonwealth Edison | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Pictures | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Shotgun | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Cash surrender value of whole life policy with Metropolitan Life Insurance Policy NB01905669 P.O. Box 544 Warwick, RI 02887-0544 | 215 ILCS 5/238 | 16,849.00 | 16,849.00 |
| **Stock and Interests in Businesses** | | | |
| 55% stock in Chilicothe Construction Company | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Demhoff Corporation 2626 N. Lakeview, Apt. 1303 Chicago, IL 60614 | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Contingent judgment of $30,000 against George McCarthy for $30,000, if he sells house. (Defendant has no present intention of selling house for years.) | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer--4 yrs. old | 735 ILCS 5/12-1001(d) | 500.00 | 500.00 |
| | Total: | 21,666.00 | 21,666.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt