B6C (Official Form 6C) (12/07)

In re  **Richard Ryan Dempsey,**  Case No. **08-33951**
**Eileen M. Dempsey**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Acct. No.000000794552711 Chase Bank | 735 ILCS 5/12-1001(b) | 1,600.00 | 1,600.00 |
| Acct. No. 484725 Burling Bank | 735 ILCS 5/12-1001(b) | 77.00 | 77.00 |
| Acct. 794553081 Chase Bank | 735 ILCS 5/12-1001(b) | 140.00 | 140.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Commonwealth Edison | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Pictures | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Shotgun | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies** | | | |
| Cash surrender value of whole life policy with Metropolitan Life Insurance Policy NB01905669 P.O. Box 544 Warwick, RI 02887-0544 | 735 ILCS 5/12-1001(f) | 16,849.00 | 16,849.00 |
| **Stock and Interests in Businesses** | | | |
| 55% stock in Chilicothe Construction Company | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Demhoff Corporation 2626 N. Lakeview, Apt. 1303 Chicago, IL 60614 | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Contingent judgment of $30,000 against George McCarthy for $30,000, if he sells house. Eileen is entitled to attorneys fees plus half the judgment which she is to split with her sister, for a total of $19,000.  **(Defendant has no present intention of selling house for years).** | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re **Richard Ryan Dempsey,**
**Eileen M. Dempsey**
_____,
Debtors

Case No. __**08-33951**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer--4 yrs. old** | **735 ILCS 5/12-1001(d)** | 500.00 | 500.00 |

| | Total: | **21,666.00** | **21,666.00** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Property Claimed as Exempt