**Notice Recipients**

| | |
|---|---|
| District/Off: 0752−1 | User: arodarte | Date Created: 10/6/2009 |
| Case: 09−22400 | Form ID: b18 | Total: 60 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Chen H Hsieh | 3109 S. Benson St., Apt. 3 | Chicago, IL 60608 |
| jdb | Anne Tsang Hsieh | 3109 S. Benson St., Apt. 3 | Chicago, IL 60608 |
| tr | Andrew J Maxwell, ESQ | Maxwell &Potts, LLC | 105 West Adams Street | Suite 3200 | Chicago, IL 60603 |
| aty | Forrest L Ingram | Forrest L. Ingram, P.C. | 79 W Monroe Street | Suite 900 | Chicago, IL 60603 |
| 14067426 | AT | P.O. Box 8100 | Aurora, IL 60507−8100 |
| 14067423 | Andrew Agen Davis MD | 8541 S. State Street, Suite 8 | Chicago, IL 60619 |
| 14067424 | Aspire | PO Box 105555 | Atlanta, GA 30348 |
| 14067425 | Asset Acceptance, LLC | PO Box 2036 | Warren, MI 48090−2036 |
| 14067427 | Bank of America | Attn: Bankruptcy Dept NC4−105−03−14 | PO Box 26012 | Greensboro, NC 27420 |
| 14067428 | Bank of America | P.O. Box 17054 | Wilmington, DE 19884 |
| 14067432 | CBCS | P.O. box 1810 | Columbus, OH 43216−1801 |
| 14067431 | CBCS | PO Box 163006 | Columbus, OH 43216−3006 |
| 14067433 | CCB Credit Services | 5300 S. 6th Street | Springfield, IL 62703−5184 |
| 14067429 | Capital One | Attn: C/O TSYS Debt Management | Po Box 5155 | Norcross, GA 30091 |
| 14067430 | Carmax Auto Finance | Attn: Bankruptcy | PO Box 15678 | Wilmington, DE 19850 |
| 14067434 | Charter One | PO Box 18204 | Bridgeport, CT 06601−3204 |
| 14067435 | Chase | P.O. Box 15298 | Wilmington, DE 19850 |
| 14067436 | Chase Bank | Attn: Bankruptcy Dept | PO Box 100018 | Kennesaw, GA 30156 |
| 14067437 | Chase− BP | Attention: Banktruptcy Department | Po Box 100018 | Kennesaw, GA 30156 |
| 14067438 | Chicago Central Emerg Phys, LLP | c/o United Collection Bureau, Inc. | 4100 Horizons Drive, Ste. 101 | Columbus, OH 43220 |
| 14067439 | City of Chicago EMS | 33589 Treasury Center | Chicago, IL 60694−3500 |
| 14067440 | Creditors Financial Group | 3131 South Vaughn Way, Ste. 110 | Aurora, CO 80014 |
| 14067441 | Creditors Financial Group, LLC | P.O. BOX 440290 | Aurora, CO 80044−0290 |
| 14067442 | Discover Card | P.O. Box 165025 | Columbus, OH 43216−5026 |
| 14067443 | Discover Financial | Attention: Bankruptcy Department | Po Box 3025 | New Albany, OH 43054 |
| 14067444 | Fashion Bug soanb | Attn: Bankruptcy | 6356 Corley Rd | Norcross, GA 30091 |
| 14067445 | GE Money LOC | P.O. Box 530913 | Atlanta, GA 30353−0913 |
| 14067446 | HSBC | Attn: Bankruptcy | Po Box 5213 | Carol Stream, IL 60197 |
| 14067448 | HSBC | Attn: Bankruptcy Dept, | PO Box 5246 | Carol Stream, IL 60197 |
| 14067447 | HSBC | PO Box 5253 | Carol Stream, IL 60197 |
| 14067449 | Lisa Tam | 3109 S. Benson, Apt. 2 | Chicago, IL 60608 |
| 14067457 | METRIS | c/o Neuheisel Law Firm, P.C. | 64 E. Broadway Road, Suite 245 | Tempe, AZ 85282−1355 |
| 14067450 | Macys | Attn: Bankruptcy | 6356 Corley Rd | Norcross, GA 30071 |
| 14067451 | Majestic Star | One Buffington Harbor Dr. | Gary, IN 46406−3000 |
| 14067452 | Mauro M Paes MD SC | 850 Havenshire Road | Naperville, IL 60565 |
| 14067453 | Mercantil Adjustment Bureau, LLC | PO Box 9016 | Williamsville, NY 14231−9016 |
| 14067454 | Mercy Hospital | 2525 S. Michigan Ave. | Chicago, IL 60616−2477 |
| 14067455 | Mercy Physician Billing | 35072 Eagle Way | Chicago, IL 60678−1350 |
| 14067456 | Merrick Bank Visa | Po Box 23356 | Pittsburgh, PA 15222 |
| 14067458 | NCB Management Services, Inc. | P.O. Box 1099 | Langhorne, PA 19047 |
| 14067460 | NCO FINANCIAL SYSTEMS | PO BOX 17080 | Wilmington, DE 19850−7080 |
| 14067459 | NCO Financial Systems | PO Box 15372 | Wilmington, DE 19850−5372 |
| 14067461 | NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 |
| 14067462 | Northland Group Inc. | PO Box 390846 | Edina, MN 55439 |
| 14067463 | Northstar Location Services, LLC | 4285 Genesee Street | Buffalo, NY 14225−1943 |
| 14067464 | Northwest Collectors Inc. | 3601 Algonquin Road, Ste. 232 | Rolling Meadows, IL 60008−3106 |
| 14067465 | Pathology Consultants of Chgo, Ltd | P.O. Box 88493 | Chicago, IL 60680−1493 |
| 14067466 | Peoples Gas | C/O Bankruptcy Department | 130 E. Randolph Dr. | Chicago, IL 60602 |
| 14067467 | Radiological Physicians, Ltd. | PO Box 2150 | Bedford Park, IL 60499−2150 |
| 14067468 | Rbs Citizens Na | 1000 Lafayette Blvd | Bridgeport, CT 06604 |
| 14067469 | Sears Credit Cards | PO Box 20363 | Kansas City, MO 64195 |
| 14067470 | Shell Oil / Citibank | Attn.: Centralized Bankruptcy | Po Box 20507 | Kansas City, MO 64195 |
| 14067472 | Target National Bank | P.O. Box 673 | Minneapolis, MN 55440 |
| 14067471 | Target National Bank | PO Box 673 | Minneapolis, MN 55440 |
| 14067473 | Target National Bank | Po Box 9475 | Minneapolis, MN 55459 |
| 14067474 | Tate &Kirlin Associates | 2810 Southampton Road | Philadelphia, PA 19154 |
| 14067475 | Toyota Motor Credit | P.O. Box 5855 | Carol Stream, IL 60197−5855 |
| 14067476 | Warren Tam | 3111 S. Benson St. | Chicago, IL 60608 |
| 14067478 | Washington Mutual Card Services | Attn: Bankruptcy Dept | PO Box 10467 | Greenville, SC 29603 |
| 14067477 | Washington Mutual Card Services | Attn: Bankruptcy Dept., | PO Box 10467 | Greenville, SC 29603 |

TOTAL: 60